UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, INC.,<br><br>        Defendant. | CASE NO. 09-CV-00694-JAM-JFM<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE OF DEFENDANT ALLIED INTERSTATE, INC.** |

The Court has reviewed the Stipulation of Plaintiff SCOTT ANDERSON and Defendant ALLIED INTERSTATE, INC. to dismiss, with prejudice, Defendant ALLIED INTERSTATE, INC., from the above-entitled lawsuit. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit against Defendant ALLIED INTERSTATE, INC. is hereby dismissed, with prejudice, pursuant to FRCP 41 (a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: 02/02/2010        /s/ John A. Mendez
                                       UNITED STATES DISTRICT JUDGE